IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02217-CMA-MJW

REBECCA HENKEL,

Plaintiff,

v.

ALBERTSONS, LLC, a limited liability corporation formed pursuant to the laws of Delaware,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion to Add an Expert Witness (**Docket No. 18**) is **GRANTED**.

    Paragraph 9(d)(1) of the Scheduling Order (Docket No. 16) is amended to add a fourth area for expert testimony--for a professional engineer--and to allow the parties each to endorse an expert witness (and a rebuttal expert) in the field.

Date: January 9, 2015