IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02217-CMA-MJW

REBECCA HENKEL,

Plaintiff,

v.

ALBERTSONS, LLC, a limited liability corporation formed pursuant to the laws of Delaware,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the parties' Stipulation to Modify Civil Scheduling Order **(Docket No. 22)**, which the Court treats as a stipulated motion, is **GRANTED** for good cause shown.

It is further ORDERED that the Scheduling Order (Docket No. 16) is AMENDED such that Defendant shall be allowed to submit its neuropsychologist expert disclosures on or before Friday, April 17, 2015, and that Plaintiff shall be allowed to submit its rebuttal to those disclosures on or before Monday, May 18, 2015.

Date: February 24, 2015