IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02217-CMA-MJW

REBECCA HENKEL,

Plaintiff,

v.

ALBERTSONS, LLC, a limited liability corporation formed pursuant to the laws of Delaware,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Compel Discovery Responses Pursuant to F.R.C.P. 37 (Docket 28) is GRANTED, as follows:

- Defendant shall make the online training program at issue in the motion available to plaintiff either (1) by requesting a copy (on tape, disc, or other medium) from its third-party vendor, or (2) making the program available for viewing by Plaintiff's counsel on a computer capable of capturing the program in a recording, such as the "Snag It" program proposed by Plaintiff.

- Defendant shall provide documents regarding the contractual relationship with Cintas at issue in the motion.

Both of these productions of documents shall be completed within 21 days from the date of this order (*i.e.*, May 5, 2015). The Court finds that Defendant's failure to produce responses thus far has been substantially justified and that an award of fees and expenses would be unjust on these circumstances. Accordingly, each party shall bear its own fees and expenses as to this discovery motion.

Date: April 14, 2015