**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 1:14-cv-02217-CMA-MJW

REBECCA HENKEL,

Plaintiff,

v.

ALBERTSONS, LLC, a limited liability corporation formed pursuant to the laws of Delaware,

Defendant.

**ORDER FOR JURY COST ASSESSMENT**

A jury trial was scheduled to begin in the above entitled case on Monday, November 30, 2015, before United States District Judge Christine M. Arguello. The parties advised the Court on Monday, November 30, 2015 that a settlement had been reached.

Twenty-eight jurors reported to the United States District Court, Alfred A. Arraj Courthouse, for jury selection on Monday, November 30, 2015. Jury costs for the twenty-eight jurors who reported for selection have been calculated in the amount of one thousand nine hundred eighty-seven dollars and forty-seven cents ($1987.47). These costs are to be equally apportioned between the parties.

Pursuant to D.C. COLO. LCivR 54.2, it is therefore ORDERED that each party be assessed nine hundred ninety-three dollars and seventy-three cents ($993.73). These costs are to be paid to the Clerk of the United States District Court no later than December 22, 2015.

Dated this 1st day of December, 2015.

BY THE COURT:

*Christine M Arguello*

_____
Christine M. Arguello
United States District Judge